UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:
    JEFFREY S. DAVIDSON,

                      Debtor.

**ADVERSARY COMPLAINT**
Chapter 7
Case No. 23-11130

JEFFREY S. DAVIDSON,
                      Plaintiff
    against

JOHN B. CARNETT, IV.,
                      Defendant

Adversary No. _____

      Plaintiff Jeffrey S. Davidson, by his attorneys Fairbanks Fletcher Law PLLC, complaining of Defendant John B. Carnett, IV, alleges as follows:

1. Jeffrey S. Davidson ("Plaintiff") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on November 3, 2023, now pending in this court. Marc Ehrlich was designated as Trustee. The §341 Meeting of the Creditors is scheduled for December 12, 2023.

2. This is an action pursuant to 11 U.S.C.A. §523, and Fed.R.Bankr.P. §§4007, 7001(6) to determine the dischargeability of Defendant's debt.

3. This court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§157 and 1334, and this action constitutes a core proceeding.

4. Venue is proper in the Northern District of New York pursuant to 28 U.S.C. §§1408-1409.

5. Upon information and belief, Defendant is an individual and in or about April 2022, Defendant extended an unsecured personal loan to Plaintiff. A copy of the Promissory Note is herewith attached as **Exhibit "A."**

6. Plaintiff listed the Defendant on his Schedule "F" of his petition (**#23-11130, D.N. #1**).

7. This debt is dischargeable in bankruptcy in that it is an unsecured debt, extended 19 months ago, and it is not one of the types of non-dischargeable debts listed in 11 U.S.C. §523.

8. Plaintiff is compelled to bring this Adversary Proceeding because the actions of the Defendant post-petition have caused Plaintiff considerable distress. Defendant has engaged in a series of harassing emails and texts which, upon information and belief, are intended to coerce Plaintiff into paying the debt that would otherwise be dischargeable.

9. On November 13, 2023, ten-days after the bankruptcy filing, Defendant sent an email to Plaintiff's elderly parents and Plaintiff's 19-year-old daughter, "courtesy copied" to Plaintiff at his email address of *upstaterockjeff@gmail.com*, despite the imposition on November 3, 2023 of the bankruptcy stay (**Exhibit "B"**). Writing to Plaintiff's parents and his young daughter that Defendant intends to file an "Adversary Proceeding Complaint" and that he looks "forward to the Summons being delivered by a process server" are messages clearly meant for Plaintiff, despite the Defendant's weak attempt at addressing the message to Plaintiff's daughter and parents (*Id.*). The message also appears to be an attempt to bully payment out of Plaintiff by telling not only Plaintiff's family members of his bankruptcy filing but also promising to "share (Defendant's) story with everyone (he) can" (*Id.*). Defendant also attached a copy of the state court summons and complaint in his lawsuit against Plaintiff to that post-petition email.

10. Also on November 13, 2023, ten-days after the bankruptcy filing and after Defendant's admitted receipt of notice of the filing, Defendant texted the Plaintiff directly, as follows:

> *YOU the debtor will now get to defend yourself with a full on adversary proceeding up through trial -This will result in very substantial legal fees as the time involved will easily be twenty hours or more- I can't wait to meet with my legal team and file our Adversary Claim this week against you- I mean if you think a State Supreme Court Case and a Adversary Claim at the same time is not exciting? Let's Go Have Some Fun... Game On Kids...* (**Exhibit "C"**).

11. The following day, on November 14, 2023, Defendant emailed Plaintiff's mother, stating he was "super excited to get back in Federal Court with my team:"

> *Good Morning Terri: How does it feel watching your son file Chapter 7 against his parents and friends that helped him? I'm sure like every other time you are going to pay his lawyers and while you might think this C7 is just gonna go away- - We are going to file an Adversary Complaint against Jeffrey and his Chapter 7 due to significant issues related to how Jeffery dispersed monies, the timing of these distributions, the parties paid and the date he originally defaulted on our note- We are going to seek claw backs- We are going to investigate any potential fraud, etc... This will result in substantial additional*

*legal fees - I'm super excited to get back in Federal Court with my team...* **(Exhibit "D").**

12. Clearly angry that this debt was listed in this bankruptcy, Defendant has promised Plaintiff he plans on harnessing this court's processes as a revenge mechanism against Plaintiff for having filed Chapter 7. Therefore, Plaintiff feels it is necessary to have this court determine the dischargeability of this debt as soon as practicable.

**WHEREFORE**, Plaintiff requests judgment finding that the obligations to Defendant are dischargeable in bankruptcy, and for such other relief as this Court deems just and proper.

Dated: December 4, 2023
Saratoga Springs, NY

Elizabeth Fairbanks-Fletcher, Esq.   513317
FAIRBANKS FLETCHER LAW PLLC
PO Box 4760
Saratoga Springs, NY 12866