Another text from John Carnett

Good Morning Terri: How does it feel watching your son file Chapter 7 against his parents and friends that helped him? I'm sure like every other time you are going to pay his lawyers and while you might think this C7 is just gonna go away- - We are going to file an Adversary Complaint against Jeffrey and his Chapter 7 due to significant issues related to how Jeffery dispersed monies, the timing of these distributions, the parties paid and the date he originally defaulted on our note- We are going to seek claw backs- We are going to investigate any potential fraud, etc… This will result in substantial additional legal fees - I'm super excited to get back in Federal Court with my team…

EXHIBIT "D"