So Ordered.

Signed this 9 day of February, 2024.



_____

Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

JEFFREY S. DAVIDSON,

*Debtor*.

Case No. 23-11130
Chapter 7

JEFFREY S. DAVIDSON,

*Plaintiff*,

v.

JOHN B. CARNETT, IV,

*Defendant.*

Adv. No. 23-90018

**ORDER DENYING DEFENDANT'S MOTION FOR SANCTIONS**

On November 3, 2023, Jeffrey S. Davidson, the Plaintiff, filed the underlying Chapter 7 voluntary petition. (ECF No. 1). On December 4, 2023, the Plaintiff initiated the present adversary proceeding seeking a declaratory judgment from this Court that the debt owed to John B. Carnett, IV, the Defendant, is dischargeable. (ECF No. 10; AP No. 1). On February 5, 2024, the Defendant filed a motion for sanctions against Elizabeth Fairbanks-Fletcher, Esq., pursuant

-1-

to Fed. R. Bankr. P. 9011. (AP No. 16). On that same day, the Defendant noticed the motion to be heard on February 7, 2024. (AP No. 17). On February 6, 2024, the Plaintiff filed an objection to the motion. (AP No. 18). On February 7, 2024, the Court held a hearing on the motion and found that the notice did not afford the Plaintiff a "reasonable opportunity to respond" as required by Fed. R. Bankr. P. 9011(c). (AP No. 20); *see Klein v. Ulster Sav. Bank (In re Stein)*, No. 96-5133, 1997 U.S. App. LEXIS 39329 (2d Cir. 1997).

Now, after due deliberation and for the reasons stated on the record, it is hereby,

**ORDERED**, the Defendant's motion for sanctions pursuant to Fed. R. Bankr. P. 9011 is denied.

###