So Ordered.

Signed this 9 day of February, 2024.



_____

Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

    JEFFREY S. DAVIDSON,

              *Debtor*.

Case No. 23-11130
Chapter 7

JEFFREY S. DAVIDSON,

               *Plaintiff*,

v.

JOHN B. CARNETT, IV,

               *Defendant.*

Adv. No. 23-90018

**ORDER DISMISSING ADVERSARY PROCEEDING WITHOUT PREJUDICE**

On November 3, 2023, Jeffrey S. Davidson, the Plaintiff, filed the underlying Chapter 7 voluntary petition. (ECF No. 1). On December 4, 2023, the Plaintiff initiated the present adversary proceeding seeking a declaratory judgment from this Court that the debt owed to John B. Carnett, IV, the Defendant, is dischargeable. (ECF No. 10; AP No. 1). On January 11, 2024, the Defendant filed a motion to dismiss the adversary proceeding with prejudice. (AP No. 11).

-1-

On January 31, 2024, the Plaintiff filed an objection to the Defendant's motion. (AP No. 14). On February 5, 2024, the Defendant filed a supplemental memorandum in support of his motion. (AP No. 15). On February 7, 2024, the Court held a hearing on the motion to dismiss and found that the adversary complaint failed to sufficiently state a claim upon which relief could be granted. (AP No. 20).

Now, after due deliberation and for the reasons stated on the record, it is hereby,

**ORDERED**, the adversary proceeding (Adv. No. 23-90018) is dismissed without prejudice.

###